In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-470 CR


____________________



MORRIS LEE MIRES, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause No. 93300






MEMORANDUM OPINION


 We have before the Court an appeal by Morris Lee Mires from a sentence pronounced
on March 9, 2007. The notice of appeal was filed with the trial court on September 6, 2007,
more than thirty days from the date of sentencing and outside the time for requesting an
extension of time for filing the notice of appeal. We notified the parties that the notice of
appeal did not appear to have been timely filed. We received no response.

 The Court finds that the notice of appeal was not timely filed. See Tex. R. App. P.
26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It
does not appear that appellant obtained an out-of-time appeal from the Court of Criminal
Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, the
appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 31, 2007

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.